**Electronically Filed**
**Supreme Court**
**SCWC-19-0000439**
**14-JUN-2021**
**01:53 PM**
**Dkt. 23 OCOR**

SCWC-19-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

THEO PEDRO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000439; CASE NO. 2FFC-18-0000252(4))

ORDER OF CORRECTION
(By: Eddins, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on June 4, 2021, is corrected as follows:

On page 3, footnote 2, lines 15-16, the words "and was serving as Chief Judge of the Circuit Court of the Second Circuit at the time he presided over Pedro's case" are deleted and the sentence ends after "2005".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 14, 2021.

/s/ Todd W. Eddins

Associate Justice

